**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS MOORE,

    Plaintiff,

  v.

BRIDGEPORT FINANCIAL, INC.,

    Defendant.
                          /

No. C 13-00523 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges and thanks plaintiff for its notice of settlement in the captioned matter but cautions that all deadlines remain active until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: March 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE