Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MARCUS MOORE

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
### OAKLAND DIVISION

MARCUS MOORE,                                    )   **Case No.:** 3:13-cv-00523-WHA
                                                 )
              Plaintiffs,                        )
                                                 )
       v.                                        )   **VOLUNTARY DISMISSAL**
                                                 )
BRIDGEPORT FINANCIAL, INC,                       )
                                                 )
              Defendant.                         )
_____         )

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, MARCUS MOORE, by and through his attorneys, KROHN & MOSS, LTD.,

hereby voluntarily dismisses the above-entitled case with prejudice.


Dated: April 24, 2013                            KROHN & MOSS, LTD.


                                                 By:    /s/ Ryan Lee, Esq.
                                                 Ryan Lee, Esq.
                                                 Attorney for Plaintiff

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:     /s/ Ryan Lee, Esq.

Ryan Lee, Esq

VOLUNTARY DISMISSAL